IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN M. CORLISS, | : | |
| Petitioner, | : | |
| | : | 1:18-cv-2192 |
| v. | : | |
| | : | Hon. John E. Jones III |
| THOMAS MCGINLEY, WARDEN, | : | |
| SCI COAL TOWNSHIP, | : | |
| Respondent. | : | |

## **ORDER**

### August 17, 2020

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED as follows:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

2. There is no basis for the issuance of a certificate of appealability. *See* R. GOVERNING § 2254 CASES R. 11(a) (stating that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant").

3. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania